

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2024

No. 04-24-00369-CV

**IN RE VIZZA WASH, L.P. D/B/A CAR WASH EXPRESS**

Original Mandamus Proceeding[1]

**ORDER**

On May 28, 2024, relator filed a petition for writ of mandamus. The real party in interest filed a response to which relator replied. We CONDITIONALLY GRANT the petition for writ of mandamus and ORDER the Honorable Cynthia Marie Chapa to, within fifteen days of this order: (1) vacate the March 5, 2024 "Order Denying Defendant's Motion for Reconsideration of Defendant's Motion for Independent Medical Examination;" and (2) sign an order granting relator's October 17, 2023 "Motion for Reconsideration of Defendant's Motion to Compel Medical Examination of Plaintiff." *See* TEX. R. APP. P. 52.8(c). We are confident that the trial court will promptly comply; our writ will issue only if we are notified that it does not.

It is so **ORDERED** on August 28, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2021-CI-16518, styled *David Koerber v. Colter Rushing, et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.